1  MATTHEW J. DOUGLAS
Nevada Bar No. 11371
2  ANDREW D. SMITH
Nevada Bar No. 8890
3  WINNER & SHERROD
1117 South Rancho Drive
4  Las Vegas, Nevada 89102
Tel: (702) 243-7000
5  mdouglas@winnerfirm.com
asmith@winnerfirm.com
6  *Attorneys for Defendant GEICO Casualty Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MATARAZZO, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a Maryland corporation; DOES I-X, and ROE CORPORATIONS I-X;<br><br>  Defendants. | CASE NO.: 2:19-cv-00529-JCM-VCF<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER DUE TO SETTLEMENT IN PRINCIPLE** |

Plaintiff. MARIA MATARAZZO, and Defendant, GEICO CASUALTY COMPANY, by and through their respective counsel, hereby submit their proposed Joint Request for Extension of Time to file their Joint Pre-Trial Order ("Pre-Trial Order"), as the parties have reached a settlement in principle and need a few weeks to complete the settlement.

Today is the deadline for the parties to file a Joint Pre-Trial Order, however, as the parties have just reached a settlement in principle today, September 28, 2020, the parties as that the court either vacate the currently scheduled deadline for the Pre-Trial order or, extend the time for filing same by four (4) weeks for the parties to accomplish the settlement and submit a stipulation for dismissal.

/ / /

/ / /

Page 1 of 2

1286480.docx

Accordingly, the parties request an extension to file the Joint Pre-Trial Order for four (4) weeks, or until October 26, 2020.

Dated: September 28, 2020               Dated: September 28, 2020

By */s/ Marc. A. Saggese*                By */s/ Matthew J. Douglas*
  Marc A. Saggese, Esq.                   Matthew J Douglas
  Nevada Bar No. 7166                     Nevada Bar No. 11371
  732 S. Sixth Street, Ste. 201           Winner & Sherrod
  Las Vegas, NV 89101                     1117 South Rancho Drive
  (702) 778-8883                          Las Vegas, Nevada 89102
  ATTORNEY FOR PLAINTIFF                  (702) 243 – 7000
                                          ATTORNEY FOR DEFENDANT

**ORDER**

Upon Joint Request and Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for the parties to file the Joint Pre-Trial Order is extended until October 26, 2020.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

10-2-2020
Dated:_____