MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ANDREW D. SMITH
Nevada Bar No. 8890
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Tel: (702) 243-7000
mdouglas@winnerfirm.com
asmith@winnerfirm.com
*Attorneys for Defendant GEICO Casualty Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MATARAZZO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a Maryland corporation; DOES I-X, and ROE CORPORATIONS I-X;<br><br>Defendants. | CASE NO.: 2:19-cv-00529-JCM-VCF<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Marc A. Saggese, attorney for the Plaintiff, MARIA MATARAZZO, and Matthew J Douglas, attorney for Defendant, GEICO GENERAL CASUALTY COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

...

...

...

...

...

...

1286491.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 8th day of October, 2020.

WINNER & SHERROD

MATTHEW J. DOUGLAS
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

DATED this 5th day of October, 2020.

SAGGESE & ASSOCIATES

MARC A. SAGGESE
Nevada Bar No. 7166
732 S. Sixth Street, Ste. 201
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

*Matarazzo v GEICO*
Case No. 2:19-cv-00529-JCM-VCF

### ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this __9th__ day of _____October_____ 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WINNER & SHERROD, LTD.

_____
MATTHEW J. DOUGLAS
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*